UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62254-Civ-Altonaga/Brown

**DARREN L. PERKINS**,

    Plaintiff,

v.

**FEDERAL BOND &
COLLECTION SERVICE, INC.**,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 30].  Because the Court has been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

**ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees, except as otherwise agreed by the parties.  All pending motions are denied as moot.  The Clerk shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in the Southern District of Florida on the 21st day of March, 2011.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    Donald A. Yarbrough, Esq., Counsel for Plaintiff
        David P. Hartnett, Esq., Counsel for Defendant